

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00430-CR**

| | | |
|---|---|---|
| Charleston Lamon Moody | § | From the 213th District Court |
| | § | of Tarrant County (1435749D) |
| v. | § | July 20, 2017 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
   Chief Justice Terrie Livingston